IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TASHAUN YANCY**  **PLAINTIFF**
**#118318**

v.  No: 4:21-cv-991-DPM

**ERIC HIGGINS, Sheriff, Pulaski County;**
**ROSE, Major, Supervisor, PCRDF;**
**ALLEN, Lieutenant, Housing, PCRDF; and**
**NEWBURN, Lieutenant, Housing Night Shift,**
**PCRDF**  **DEFENDANTS**

## JUDGMENT

Yancy's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 January 2022